| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | SAMYA BURNEY, Bar #224049 |
| | Staff Attorney |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | TERRY J. JOHNSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:12-mj-00055 SKO-1 |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE  HEARING; ORDER |
| v. | ) | |
| | ) | DATE: July 12, 2012 |
| TERRY J. JOHNSON, | ) | TIME:    10:00 a.m. |
| | ) | JUDGE: Honorable Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, Special Assistant United States Attorney, Megan Richards, counsel for plaintiff, and Samya Burney, counsel for defendant, that the status conference hearing in the above-entitled matter now scheduled for July 5, 2012, may be continued to July 12, 2012 at 10:00 a.m.

Defense counsel is scheduled to be out of the office the last two weeks of June and needs more time to prepare.  Government counsel is out the first week of July, so July 12 makes sense as both counsel can be present.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 14, 2012 |   | /s/ Megan Richards<br>MEGAN RICHARDS<br>Special Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 14, 2012 |   | /s/ Samya Burney<br>SAMYA BURNEY<br>Staff Attorney<br>Attorney for Defendant<br>Terry J. Johnson |

**O R D E R**

IT IS SO ORDERED.

**Dated: June 14, 2012**          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE