1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   SAMYA BURNEY, Bar #224049
Staff Attorney
3   Designated Counsel for Service
2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TERRY J. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-mj-00055 SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION RE REFERRAL TO PRETRIAL |
| | ) SERVICES SUPERVISION; ORDER |
| v. | ) |
| TERRY J. JOHNSON, | ) |
| | ) JUDGE: Honorable Dennis L. Beck |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record herein, Special Assistant United States Attorney, Megan Richards, counsel for plaintiff, and Samya Burney, counsel for defendant, that Defendant, Terry J. Johnson, shall be referred to Pretrial Services to commence supervision forthwith, and that Defendant shall be subject to the following conditions of supervision as specified by Pretrial Services:

1. Defendant shall remain released on personal recognizance;

2. Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3. Defendant shall report to Pretrial Services as directed by the assigned Pretrial Services Officer;

4. Defendant shall enter the third party custody of Westcare California, Inc., and shall reside at

1. and participate in an inpatient alcohol treatment program as directed by program staff and Pretrial Services;

5. Defendant's travel shall be restricted to Madera and Fresno Counties, unless otherwise approved in advance by the Pretrial Services Officer;

6. Defendant shall refrain from ANY use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner. *However, medical marijuana, prescribed or not, may not be used;*

7. Defendant shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8. Defendant shall submit to drug or alcohol testing as approved by the Pretrial Services Officer. Defendant shall pay all or part of the costs of the testing services based upon his ability to pay, as determined by the Pretrial Services Officer.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 16, 2012
/s/ Megan Richards
MEGAN RICHARDS
Special Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: July 16, 2012
/s/ Samya Burney
SAMYA BURNEY
Staff Attorney
Attorney for Defendant
Terry J. Johnson

**O R D E R**

IT IS SO ORDERED.

Dated: **July 17, 2012**         /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE