1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  SAMYA BURNEY, Bar #224049
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  TERRY J. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-mj-00055 SKO-1 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING SCHEDULE AND HEARING |
| v. | ) AND ORDER |
| TERRY J. JOHNSON, | ) Date: December 6, 2012 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: The Hon. Gary S. Austin |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for September 6, 2012, **may be continued to December 6, 2012, at 10:00 a.m.**, **and the associated filing dates be extended accordingly**.

The parties request this continuance to allow Mr. Johnson time to complete a 90-day treatment program at Westcare, under the supervision of Pretrial Services. Mr. Johnson started the residential program on July 19, 2012. He has been hospitalized since last week at Clovis Community Hospital for respiratory problems. His ongoing hospitalization potentially would extend the end date of his residential treatment program. Mr. Johnson would remain under the supervision of Pretrial Services until the time of sentencing. Pretrial Services and U.S. Probation have no objections to this continuance.

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 8, 2012 | | /s/ Megan Richards<br>MEGAN RICHARDS<br>Special Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 8, 2012 | | /s/ Samya Burney<br>SAMYA BURNEY<br>Staff Attorney<br>Attorneys for Defendant<br>Terry J. Johnson |

**O R D E R**

IT IS SO ORDERED.

**Dated: August 8, 2012**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE